Fill in this information to identify the case:

Debtor name: **ABR Builders LLC**
United States Bankruptcy Court for the: **Southern** District of **New York** (State)
Case number (if known): **19-11041 (SHL)**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Peterson Geotechnical Construction LLC<br>1551 East Genese Street<br>Skaneateies, New York 13152 | apeterson@petersongeotech.com | | | | | $583,500.00 |
| 2 | High Design Builders LLC<br>96 Valley Road<br>Westport, Connecticut 06880 | ilona@macniak.net | | | | | $473,064.92 |
| 3 | All American Stairs & Railings<br>130-23 91st Avenue<br>Richmond Hill, New York 11418 | info@allstairsny.com | | | | | $301,750.00 |
| 4 | Integrate Comfort Systems, Inc.<br>267 Cortland Street<br>Belleville, New Jersey 07109 | linda@icshivac.com | | | | | $147,642.50 |
| 5 | Up Construction and Restoration, Inc.<br>396 Kent Avenue<br>Lindenhurst, New York 11757 | marcin@up-construction.com | | | | | $96,453.15 |
| 6 | Balmer Architectural Mouldings<br>25 Howden Road - Unit 5<br>Toronto Ontario M1R 3C8 Canada | bonnie@balmer.com | | | | | $76,924.25 |
| 7 | Matador Group Inc.<br>The Law Firm of Dmitriy Shakhnevich<br>65 Broadway - 7th Floor<br>New York, New York 10006 | ds@dshaklaw.com<br>mansumy@gmail.com | | | | | $63,750.00 |
| 8 | Lovell<br>110 William Street - 12th Floor<br>New York, New York 10038 | pmullen@lovellsafety.com | | | | | $63,388.69 |

| Debtor | ABR Builders LLC | | Case number (if known) | 19-11041 (SHL) |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  GH Construction NY Inc. 918 Pacific Street Brooklyn, New York 11238 | gnhconstruction918@gmail.com | | | | | $62,255.00 |
| 10  Everest Scaffolding, Inc. 1150 Longwood Avenue Bronx, New York 10474 | alison@everestscaffolding.com | | | | | $60,500.34 |
| 11  Paul's Plumbing Supply, Inc. 234 Calyer Street Brooklyn, New York 11222 | paulsplumbing128@gmail.com | | | | | $59,851.00 |
| 12  Qualitex Inc. 58-29 Fresh Pond Road Maspeth, New York 11378 | qualitexinc@gmail.com | | | | | $59,600.00 |
| 13  Z.W. Plumbing & Heating Corp. 6721 13th Avenue Brooklyn, New York 11219 | zw@zwplumbing.com | | | | | $59,380.00 |
| 14  Mieczysław Jankowski DBA AR Interior 78-44 79th Street Ridgewood, New York 11385 | mietekj87@gmail.com | | | | | $52,812.75 |
| 15  Kavka Inc. 6023 Palmetta Avenue Ridgewood, New York 11385 | mevkalo@yahoo.com | | | | | $45,157.60 |
| 16  Quick Containers Inc. 340 Beach 89th Street Rockaway Beach, New York 11693 | quickcontainerinc.@gmail.com | | | | | $32,600.00 |
| 17  Peter & Peter Mechanical Inc. 372 91st Street - Apt. 4D Brooklyn, New York 11209 | nowakny@gmail.com | | | | | $29,641.95 |
| 18  Perfect Point 8629 Bay Parkway Brooklyn, New York 11214 | perfectpointcorp@gmail.com | | | | | $27,465.00 |
| 19  Apollo ELectric Inc. 390 Manhattan Avenue New York, New York 10026 | Alex@apolloelectricnyc.com | | | | | $26,965.29 |
| 20  Decorama 1233 Metropolitan Avenue Brooklyn, New York 11237 | | | | | | $26,892.03 |