Leo Fox, Esq.
630 Third Avenue - 18th Floor
New York, New York 10017
(212) 867-9595
leo@leofoxlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                                          Chapter 11

ABR BUILDERS LLC,                                                    Case No. 19-11041 (SHL)

                                                Debtor.
------------------------------------------------------------X

**NOTICE OF MOTION FOR
HEARING ON DISCLOSURE STATEMENT**

*PLEASE TAKE NOTICE* that upon the annexed Application of the above Debtor the undersigned shall move on November 21, 2019 at 11:00 a.m. in the forenoon before the Honorable Sean H. Lane, United States Bankruptcy Judge in his Courtroom, United States Bankruptcy Court, Old Customs House, One Bowling Green, New York, New York 10004 for an Order (1) scheduling hearing on Disclosure Statement, (2) approving form of Ballot attached to the Disclosure Statement and (3) fixing the date for objections to the Disclosure Statement and for such other and further relief as is proper.

*PLEASE TAKE FURTHER NOTICE* that copies of the Plan and Disclosure Statement are on file in the Clerk's Office of the United States Bankruptcy Court, Old Customs House, One Bowling Green, New York, New York 10004 and may be examined there or upon written request made upon the Debtor's attorney, Leo Fox, Esq., 630 Third Avenue, 18th Floor, New York, New York 10017.

***PLEASE TAKE FURTHER NOTICE*** that any objection to the Motion must be in writing, must set forth in detail the grounds and facts of such objection and the legal basis therefore, must be filed with the Clerk of the Bankruptcy Court, Old Customs House, One Bowling Green, New York, New York by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served so as to be received by (1) Leo Fox, Esq., as counsel to Debtor, 630 Third Avenue, 18th Floor, New York, New York 10017 and  (2) The Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, on or before seven (7)  days before the scheduled Hearing Date herein (the "Objections Deadline").

Dated: New York, New York
       October 3, 2018

                              Yours etc.,

                              ***ABR BUILDERS LLC***

                              By:    /s/ Leo Fox
                                     Leo Fox, Esq. (LF-1947)
                                     Attorney for the Debtor
                                     630 Third Avenue, 18th Floor
                                     New York, New York 10017
                                     (212) 867-9595